**Appendix A**

**List of Subject Chainsaws**

**2005 50 cc chainsaws**
**Engine Family: 5MHXS.0505AA**

| MTD MODEL NO. | BJ Label Series No.[1] |
|---|---|
| 41AY80AR977 | 508B0100001~508B0102000 |
| 41AY00AS977 | 509B0300091~509B0300590 |
| 41AY08AR966 | 508B0102001~508B0102500 |
| 41AY00AR966 | 508B0102501~508B0102762<br>509B0300051~509B0300090 |
| | 509B0300601~509B0300900 |
| | 511B0201081~511B0201580 |
| 41AY80AR977 | 603B0103385~603B0104400 |
| | 606B0100001~606B0101300 |
| | 606B0101301~606B0102430 |
| 41AY00AS977 | 602B0109441~602B0109940 |

[1] As a result of differences between Jenn Feng's and MTD's records management systems, the BJ numbers in this Appendix A may not precisely correspond to the BJ numbers of the chainsaws exported by Defendants pursuant to this Consent Decree.

|  | 603B0200001~603B0200250 |
| --- | --- |
|  | 604B0208801~604B0209060 |
| 41AY00AS977 | 606B0103051~606B0103550 |
| 41AY08AR966 | 604B0205001~604B0205510 |
| 41AY00AR966 | 512B0200501~512B0202500 |
|  | 601B0100003~601B0101020 |

**Total 2005 MY 50 cc chainsaws: 12,500**

**2006 50 cc chainsaws**
**Engine Family: 6MHXS.0505AA**

| 41AY00AR966 | 606B0102431~606B0103050<br>606B0103551~606B0103950 |
| --- | --- |
| 41AY52AR902 | 607B0510061~607B0510800 |
|  | 607B0510801~607B0511540 |
|  | 608B0211551~608B0212280 |

**Total 2006 MY 50 cc chainsaws: 3,190**

**2005 55 cc chainsaws**
**Engine Family: 5MHXS.0555AA**

| MTD MODEL NO. | BJ Label Series No. |
| --- | --- |
| 41AY85AR799 | 412B0205621~412B0206120<br>412B0206621~412B0209620 |

| |
|---|
| 412B0210121~412B0210620 |
| 412B0209621~412B0210120 |
| 502B0306001~502B0307000 |
| 503B0104261~503B0105060 |
| 503B0301183~503B0302882<br>503B0302901~503B0304400<br>503B0305001~503B0307000 |
| 503B0307001~503B0307400<br>505B0900017~505B0900116<br>505B0200501~505B0201500<br>505B0900517~505B0905516 |
| 505B0900117~505B0900516<br>505B0201501~505B0201600 |
| 506B0112625~506B0113024<br>506B0108001~506B0112624<br>506B0113125~506B0113234 |
| 507B0301063~507B0306062<br>507B0306101~507B0310100<br>508B0300001~508B0303000<br>508B0308621~508B0311620 |

| | |
|---|---|
| | 507B0201001~507B0205000<br>508B0118001~508B0118500<br>509B0100001~509B0104500<br>509B0104507~509B0105506<br>509B0106021~509B0106520<br>509B0107007~509B0107506<br>509B0108507~509B0108606 |
| | 509B0107507~509B0108506<br>509B0108651~509B0111650<br>510B0100001~510B0101000<br>510B0104311~510B0104322 |
| 41AY85AR799 | 601B0205563~601B0208282<br>601B0208283~601B0208682 |
| | 603B0100001~603B0101500<br>603B0101885~603B0103384 |
| | 604B0100001~604B0103030<br>604B0103031~604B0104030<br>604B0105181~604B0107180<br>605B0100001~605B0101060<br>605B0101201~605B0101350 |
| | 604B0201001~604B0202900<br>604B0203001~604B0204848<br>604B0205511~604B0206800<br>604B0206801~604B0208800<br>605B0200001~605B0201768<br>605B0202001~605B0202300<br>605B0101351~605B0102596<br>605B0102851~605B0103538<br>605B0104191~605B0104434<br>605B0105483~605B0108330<br>605B0305401~605B0309400<br>605B0309901~605B0310900 |
| | 606B0400001~606B0400740 |

| 41CY85AR799 | 606B0400001~606B0404300<br>606B0404301~606B0409300<br>607B0100001~607B0105000<br>607B0200001~607B0204500<br>607B0205001~607B0205500 |
|---|---|
| 41AY05AR799 | 606B0107501~606B0112500<br>606B0112501~606B0117500 |

**Total 2005 MY 55 cc chainsaws: 116,700**


**2006 55 cc chainsaws**
**Engine Family: 6MHXS.0555AA**

| 41CY85AR799 | 607B0105001~607B0109000<br>607B0205501~607B0209500 |
|---|---|
|  | 607B0114771~607B0116770<br>608B0201201~608B0202200<br>608B0200001~608B0200796 |
|  | 608B0104951~608B011450 |
|  | 609B0209201~609B0209430<br>609B0209701~609B0212500<br>609B0213531~609B0215530<br>610B0200001~610B0201500 |
|  | 610B0201501~610B0202500<br>610B0203501~610B0204000<br>610B0204501~610B0204830<br>610B0206051~610B0206550<br>610B0208551~610B0208790<br>610B0209051~610B0209400<br>610B0209811~610B0210870<br>610B0211221~610B0213340<br>610B0213371~610B0214200 |

| | |
|---|---|
| | 610B0216221~610B0217020<br>610B0215821~610B0216220<br>611B0206311~611B0207150 |
| 41AY05AR799 | 608B0119151~607B0119750<br>608B0120151~607B0123550 |
| | 607B0110651~607B0112530<br>607B0112651~607B0114770<br>608B0101001~608B0102000 |
| | 608B0111501~608B0112360<br>608B0113001~608B0115640<br>608B0116141~608B0118140<br>608B0118641~608B0119140<br>609B0205201~609B0209200<br>609B0212501~609B0213500 |
| | 608B0212781~608B0216780 |
| | 610B0100001~610B0101500<br>610B0103501~610B0105020 |
| | 610B0216221~610B0217020<br>610B0215821~610B0216220<br>611B0105031~611B0105330<br>611B0105544~611B0106043 |

**Total 2006 MY 55 cc chainsaws:  66,500**

**Appendix B**

**MTD Products Inc and MTD Southwest Inc
Inventory Tracking and Export Plan**


This Inventory Tracking and Export Plan ("Export Plan") covers 71,761 of the Subject Chainsaws, as defined in Paragraph 3(p) of the Consent Decree, that are located at the following warehouses in the following quantities:

| PART # | TUCSON, AZ WAREHOUSE QTY | GILA, AZ WAREHOUSE QTY | TOTAL QTY |
|---|---|---|---|
| 41AY85AR799 | 299 | 155 | 454 |
| 41BY85AR799 | 0 | 4,004 | 4,004 |
| 41CY85AR799 | 51,054 | 412 | 51,466 |
| 41AY05AR799 | 5,808 | 6,272 | 12,080 |
| 41AY08AR966 | 541 | 0 | 541 |
| 41AY00AR966 | 27 | 30 | 57 |
| 41BY00AR966 | 0 | 0 | 0 |
| 41AY80AR977 | 2,361 | 0 | 2,361 |
| 41AY00AS977 | 73 | 0 | 73 |
| 41AY52AR902 | 0 | 725 | 725 |
| Grand Total | | | 71,761 |

Prior to lodging of this Consent Decree, MTD Products Inc and MTD Southwest Inc (collectively referred to as "MTD") exported 10,601 of the Subject Chainsaws in accord with the terms of this Export Plan.

MTD shall export the chainsaws that are covered by this Export Plan from the United States to a country outside of North America in accord with this Export Plan. MTD shall also export any other engines that are in its possession and control in accord with this Export Plan if the engines are determined to exceed the applicable emissions standards under the testing program set forth in Paragraph 12 and Appendix F of the Consent Decree.

MTD shall maintain custody and control of the Subject Chainsaws until such time as they are shipped for export. MTD has, and shall continue to, secure and segregate the chainsaws that are covered by this Export Plan from other products in MTD's warehouses.

The Defendants identified the Subject Chainsaws with bar code labels. These bar code labels are referred to as a "BJ labels." The product model numbers and BJ serial number are encoded in the bar code on each BJ label. MTD shall track each chainsaw that it exports by model number, BJ serial number and engine family number, and certify to EPA the BJ serial number and engine family number of each chainsaw exported. MTD shall also provide EPA on

a quarterly basis with a spreadsheet identifying the BJ serial number, model number and engine family number of each chainsaw exported.

MTD shall also maintain all customary transactional documents regarding the export of the Subject Chainsaws, including but not limited to customer name, address, quantity, identification of the port from which the chainsaws were exported and the name of the carrier used to export the chainsaws.  MTD shall institute a quality assurance procedure whereby it will spot check pallets and photograph sample chainsaws and BJ labels to ensure that BJ numbers from the chainsaws loaded in the shipping containers correspond to BJ serial numbers recorded on the customer export documents.

MTD shall engage a freight forwarding company and exporter to facilitate the exportation of the Subject Chainsaws.  MTD shall inform each customer that purchases the Subject Chainsaws, in writing, that the chainsaws do not meet EPA standards and may not be sold in the United States, Mexico or Canada.  MTD shall label all shipping containers that hold the Subject Engines "for export only."

**Appendix C**

**Jenn Feng Industrial Co. Ltd./McCulloch Corporation**
**Inventory Tracking and Export Plan**


This Inventory Tracking and Export Plan ("Export Plan") covers 8,366 of the Subject Chainsaws (as defined in Paragraph 3(p) of the Consent Decree) that are located at the following warehouses in the following quantities:

| PART # | EDEN, NC WAREHOUSE QTY | LA, CA WAREHOUSE QTY | TUCSON, AZ WAREHOUSE QTY | TOTAL QTY |
|---|---|---|---|---|
| 41AY05AR799 | 1,062 | 0 | 0 | 1,062 |
| 41BY05AR799 | 2 | 649 | 1,910 | 2,561 |
| 41AY85AR799 | 334 | 171 | 0 | 505 |
| 41BY85AR799 | 558 | 1,170 | 2,480 | 4,208 |
| **Grand Total** | **1,956** | **1,990** | **4,390** | **8,366** |

Prior to lodging of this Consent Decree, Jenn Feng Industrial Co. Ltd. ("Jenn Feng") and McCulloch Corporation ("McCulloch") exported 7,891 of the Subject Chainsaws in accord with the terms of this Export Plan.

Jenn Feng and McCulloch shall export the remaining chainsaws that are covered by this Export Plan from the United States to a country outside of North America in accord with this Export Plan. Jenn Feng and McCulloch shall also export any other engines that are in their possession and control in accord with this Export Plan if the engines are determined to exceed the applicable emissions standards under the testing program set forth in Paragraph 12 and Appendix F of the Consent Decree.

Jenn Feng and McCulloch shall maintain custody and control of the Subject Chainsaws until such time that they are shipped for export. The chainsaws must be secured and segregated from other products.

The Defendants identified the Subject Chainsaws with bar code labels. These bar code labels are referred to as a "BJ labels." The product model numbers and BJ serial number are encoded in the bar code on each BJ label. Jenn Feng and McCulloch shall track each chainsaw that it exports by BJ number and engine family number, and certify to EPA the BJ number and engine family number of each chainsaw exported. Jenn Feng and McCulloch shall also provide EPA on a quarterly basis with a spreadsheet identifying the BJ number, serial number and engine family number of each chainsaw exported.

Jenn Feng and McCulloch shall also maintain all customary transactional documents regarding the export of the Subject Chainsaws, including but not limited to customer name,

address, quantity, identification of the port from which the chainsaws were exported and the name of the carrier and vessel used to export the chainsaws. Jenn Feng and McCulloch shall institute a quality assurance procedure whereby they will spot check pallets and photograph sample chainsaws and BJ labels to ensure that BJ numbers from the chainsaws loaded in the shipping containers correspond to serial numbers on the recorded export documents.

Jenn Feng and McCulloch have engaged SES International Express, Inc. ("SES") to facilitate the exportation of the Subject Chainsaws. Jenn Feng and McCulloch shall inform each person that purchases the Subject Chainsaws, in writing, that the chainsaws do not meet EPA standards and may not be sold in the United States, Mexico or Canada. Jenn Feng and McCulloch shall label all shipping containers that hold the Subject Engines "for export only."

**Appendix D**

**Jenn Feng Industrial Co. Ltd. and McCulloch Corporation Nonroad Compliance Plan**

In addition to complying with all applicable federal laws regarding the importation of nonroad engines into the United States, including 40 C.F.R. Part 90 ("Nonroad Regulations"), Jenn Feng Industrial Co. Ltd. ("Jenn Feng") and McCulloch Corporation ("McCulloch") shall, within ninety (90) days of the Effective Date of this Consent Decree, establish and implement the following procedures to ensure compliance with the Nonroad Regulations with respect to all nonroad engines manufactured by Jenn Feng and/or certified by McCulloch for distribution or sale in the United States, except for small quantities of nonroad equipment engines covered by an exemption set forth in 40 C.F.R. Part 90, Subpart J, that are imported as engineering samples intended for development projects or as part of the pre-testing and evaluation process, and that are not imported for sale in the United States.

1. **Establishment of Nonroad Compliance Group**

   Jenn Feng and McCulloch shall jointly establish a Nonroad Compliance Group ("NRCG") to oversee the implementation of this Nonroad Compliance Plan ("Plan"). The NRCGs shall be made up of the Jenn Feng and McCulloch company representatives described within Paragraph 11 of this Appendix. The NRCGs shall meet at least quarterly to review, certify and report compliance with this Plan. The NRCGs shall promptly take all steps necessary to stop any ongoing and prevent future violations of the Nonroad Regulations, report any violations of the Nonroad Regulations to EPA, and correct any noncompliance.

2. **Certification and Correlation Testing**

   Jenn Feng and McCulloch shall conduct certification emissions tests for all 2008 MY engines certified by McCulloch or any entity owned or controlled by Jenn Feng at a qualified United States emissions laboratory. Correlation emissions testing shall also be conducted at the Jenn Feng laboratory in Taiwan for 2008 MY engines. Certification testing for 2009 and later model years shall also be conducted at a qualified United States emissions laboratory, unless and until McCulloch and Jenn Feng demonstrate that Jenn Feng's emissions laboratory has implemented and maintained a quality control/quality assurance ("QA/QC") program in accordance with Paragraph 3 of this Plan, and produces credible data as set forth in this paragraph of this Appendix D to demonstrate the reliability of its test results. Jenn Feng shall submit the results of its correlation emissions testing to demonstrate the reliability of the Jenn Feng laboratory in Taiwan in order to obtain approval from EPA to conduct certification emissions testing for 2009 and later model years in Taiwan. Reports on correlation test results and QA/QC program implementation and documentation shall be used to demonstrate Jenn Feng's laboratory has an adequate QA/QC program, it has the capability to generate reliable test data, and is qualified to carry out certification-grade emissions testing.

### 3. Standard Operation Procedures

Jenn Feng shall develop and implement standard operating procedures ("SOPs") to ensure compliance with the emission testing requirements in 40 C.F.R. Part 90 and QA/QC laboratory practices to enhance Jenn Feng's existing QA/QC program. The SOPs shall include, at minimum, SOPs for dynamometer and analyzer calibrations and checks; calibration gas management; engine set up and test preparation; emission testing; and data analysis and reporting and record-keeping. The SOP implementation shall include conducting SOP training to provide an overview of applicable engine regulations and test procedures; overview of scientific basis of emissions measurement laboratories and their operations; discussion and implementation of SOPs via hands-on demonstration; emissions testing demonstration; and data analysis and reporting.

### 4. Production Line Testing Program

Jenn Feng and McCulloch shall conduct all Production Line Testing ("PLT Testing") pursuant to 40 C.F.R. Part 90, Subpart H for 2007 and 2008 MY engines certified by McCulloch or any entity owned or controlled by Jenn Feng at its emissions laboratory and at a qualified United States emissions laboratory. All PLT Testing for 2009 and later MY engines shall also be conducted at its emissions laboratory and at a qualified United States emissions laboratory, unless and until McCulloch and Jenn Feng demonstrate that Jenn Feng's emissions laboratory has adequate QA/QC procedures in place and can produce sufficient data to demonstrate reliable test results in accordance with Paragraphs 2 and 3 of this Appendix. The test results from the United States laboratory shall constitute the official test results for the purpose of complying with 40 C.F.R. Part 90, Subpart H. Jenn Feng shall conduct correlation emissions testing as described within Paragraph 2 of this Appendix in order to obtain approval from EPA to conduct production line emissions testing for 2009 and later model years within Jenn Feng's laboratory.

### 5. Voluntary In-Use Testing

If Jenn Feng or McCulloch elects to conduct any Voluntary In-Use Testing pursuant to 40 C.F.R. Part 90, Subpart M for 2008 MY engines certified by McCulloch or any entity owned or controlled by Jenn Feng, the testing shall be conducted at a qualified United States emissions laboratory. Any Voluntary In-Use Testing for 2009 and later MY engines must also be conducted at a qualified United States emissions laboratory, unless and until McCulloch and Jenn Feng demonstrate that Jenn Feng's emissions laboratory has adequate QA/QC procedures in place and can produce sufficient data to demonstrate reliable test results in accordance with Paragraph 2 of this Appendix.

### 6. Production Line Compliance - Running Changes

A. Jenn Feng and McCulloch shall assure that all engines designated for export to the United States conform in all material respects to the design specifications of the certification test engine.

B. A representative of the joint NRCG shall monitor production line activities and ensure that a valid running change is submitted to EPA for any engines that are to be added to a certificate of conformity, any Family Emission Limit ("FEL") that is to be changed, or for any changes that are to be made to a product line covered by a certificate of conformity.

C. For each production line change in any certified engine, a representative of the joint NRCG shall make a written determination regarding whether or not a running change must be submitted to EPA. These determinations shall be reviewed by the entire NRCG at each quarterly meeting.

## 7. Export Verification Process

A. Jenn Feng and McCulloch shall create a "Certification List," which shall identify all EPA-certified engines by engine family and models and shall contain sample emission labels. The Certification List shall also include the component list and design specifications for each certification test engine. It shall be updated weekly.

B. Jenn Feng and McCulloch shall create an Export Compliance Evaluation Sheet with a separate file for each export shipment of engines to the United States.

C. Daily Pre-Export Audit  - Jenn Feng and McCulloch shall use the current Certification List to verify that each shipment contains only EPA-certified engines, that the correct label is on the engines and properly affixed by inspecting all shipping papers and an appropriately representative sample of at least one percent (1.0%) of the engines from each shipment.

D. Monthly Pre-Export Audit - At least once per month, Jenn Feng and McCulloch shall select one appropriately representative engine from each shipment, disassemble the engines, and verify that the components and design parameters of the engine are consistent with the information on the Component List.

E. Jenn Feng and McCulloch shall document each Pre-Export Audit with the written Compliance Evaluation Sheet, including a comparison of the model number, emissions labels, component list and design specifications with information from the Certification List. Photos of engines and labels shall be retained.

F. Except as otherwise provided for within this Appendix or the Consent Decree, if units have entered into the export process that are not in compliance with the Nonroad Regulations, the joint NRCG shall take actions to ensure those units do not enter into the United States. If the units have already entered the United States, the NRCG shall immediately notify EPA of the noncompliance and stop the further distribution or sale of affected units prior to retail sale in the United States.

G. In order to have Jenn Feng and McCulloch products available for sale within the United States market to meet seasonal demands, Jenn Feng shall reserve the right to ship its products to the United States prior to receiving PLT testing results from United States laboratory(ies).  Those products shall be stored in a McCulloch warehouse in the United States and shall not be released for sale within the United States until PLT testing results from United States laboratory(ies) confirm compliance with EPA's Nonroad Engine Regulations.  Jenn Feng shall follow all other requirements of this Appendix and Consent Decree relating to the above-mentioned products.

H. Jenn Feng and McCulloch shall assure that all nonroad engines exported to the United States are accompanied and covered by a properly completed EPA Import Declaration Form 3520-21.

**8.   Creation of Nonroad Compliance Hotline**

Jenn Feng and McCulloch shall establish a Nonroad Compliance Hotline that will allow its employees and other interested persons to submit confidential, anonymous information about Jenn Feng and/or McCulloch's compliance with the Nonroad Regulations.  Within three (3) business days after receiving any call relating to potential compliance issues regarding the Nonroad Regulations, an incident report detailing each call must be communicated in writing to the NRCG and an investigation must be commenced.

**9.  Training and Memos to Staff**

Jenn Feng and McCulloch shall provide training to all staff involved with carrying out this Plan on at least a quarterly basis.  The training shall include a review of the procedures set forth in this Plan and updates on any relevant compliance issues.  Each member of Jenn Feng's and McCulloch's staff involved in carrying out this Plan shall certify that they have participated in the training, received a copy of this Plan, were informed of the Nonroad Compliance Hotline, and recognize that violations of the Nonroad Regulations can result in the imposition of significant civil penalties.

**10.  Certified Quarterly Reports**

Jenn Feng and McCulloch shall submit quarterly status reports to EPA within forty-five (45) days after the close of each calendar year quarter (i.e., by May 15, August 15, November 15, and February 15) following the Effective Date of this Consent Decree. Each Quarterly status report shall include:

A. The total number of engines in each engine family imported to the United States.

B. A summary of all emissions test reports.

C. A summary of all incident reports from the Compliance Hotline, including an explanation of actions taken to address each incident.

D.  Identify any engines that are added to a certificate of conformity, any changes to FELs, or any changes made to a product line covered by a certificate of conformity.

E.  A summary of the pre-export audit reports as set forth in Paragraph 7 of this Appendix.

## 11.  Nonroad Compliance Group

Jenn Feng and McCulloch's NRCG shall consist of their respective President, Vice President of Engineering, QA/QC managers and section chiefs of the production and emissions sections.  Key roles and responsibilities of each member of each NRCG are identified below:

A.  The President shall: (1) assure overall corporate awareness of the importance of the Nonroad Compliance Plan; and (2) provide necessary assistance to the NRCG.

B.  The Vice President of Engineering shall: (1) assure the execution of overall Plan; and (2) communicate with the Government and United States laboratory(ies).

C.  The Safety and Compliance Section Chief shall: (1) plan and schedule the quarterly Nonroad Compliance Plan training program; (2) update weekly certification list; (3) prepare quarterly reports to EPA; and (4) prepare Import Form 3520-21.

D.  The QA Managers shall: (1) assure Nonroad Compliance Plan is properly executed in manufacturing facilities; (2) plan and hold monthly meetings; and (3) maintain record-keeping.

E.  The Emission Laboratory Section Chief shall: (1) assure all calibrations are properly executed and records are current; (2) assure all test procedures are compliance with SOPs; and (3) maintain records.

F.  The Production QC Section Chief shall: (1) assure production line quality control and testing requirements; (2) execute daily and monthly audits; and (3) prepare and maintain export compliance evaluation sheets.

**Appendix E**

**MTD Products Inc and MTD Southwest Inc Nonroad Compliance Plan**

In addition to complying with all applicable federal laws regarding the importation of nonroad engines into the United States, including 40 C.F.R. Part 90 ("Nonroad Regulations"), MTD Products Inc ("MTD") and MTD Southwest Inc ("MTDSW") shall, within ninety (90) days of the Effective Date of this Consent Decree, enhance their existing systems for ensuring compliance with the Nonroad Regulations by implementing the following procedures set forth in this Nonroad Compliance Plan ("Compliance Plan" or "Plan"). The Plan shall apply to all handheld equipment engines imported into the United States by MTD or MTDSW, except for 1) handheld equipment engines that are manufactured by MTD Consumer Products Mexico, S.A., if these engines are also certified by MTD or MTDSW and all certification emissions tests and Production Line Tests, referenced in Paragraph 3(C) below, are conducted at a qualified emissions laboratory located in the United States, and 2) small quantities of handheld equipment engines imported as engineering samples intended for development projects or as part of the pre-testing and evaluation vendor approval process, and that are not imported for sale in the United States.

1. **Definitions**

   A. For the purpose of this Compliance Plan, the term "Test Lot" shall mean a quantity of handheld engines manufactured consecutively from the same production line with the same components and specifications. MTD and MTDSW shall create a new Test Lot for each engine family at least once per month or when the number of handheld engines manufactured consecutively from the same production line with the same components and specifications exceed 9,999 units, whichever occurs first.

   B. For the purpose of this Compliance Plan, the term "Critical Emission Control Components" shall mean the spark plug, carburetor / mixer assembly, catalyst, and any other part number listed by the engine manufacturer in response to question number 57 in the EPA certification application.

2. **Establishment of Nonroad Compliance Group**

MTD and MTDSW shall each establish a Nonroad Compliance Group ("NRCG") to oversee the implementation of this Plan as it pertains to each company. The NRCGs shall be made up of the company representatives described within Paragraph 8 of this Appendix. Each NRCG shall meet at least quarterly to review, certify and report compliance with this Plan. Each NRCG shall promptly take all steps necessary to stop any ongoing violations and prevent future violations of the Nonroad Regulations, report any violations of the Nonroad Regulations to EPA, and correct any noncompliance.

### 3. Pre-Import Program

A. All contracts for the purchase and importation of handheld engines manufactured outside of the United States for sale or distribution into the United States shall specify that the engines must be certified, properly labeled, and meet applicable emissions standards.  The contracts shall also require the engine supplier to send copies of all EPA Certificates of Conformity and running changes relating to the imported engines to either MTD or MTDSW as applicable.

B. Prior to importing any handheld engines, MTD and MTDSW shall obtain, in writing or in electronic form, the name and contact information of the person employed by the engine supplier who is charged with ensuring compliance with the Nonroad Regulations.  This person shall be referred to as the "Supplier's Compliance Officer."

C. Prior to accepting any engine family for sale or distribution in the United States, MTD or MTDSW shall physically inspect at least one engine from the engine family to verify that it is covered by a certificate of conformity, and that the correct emissions label is on the engine and is properly affixed.  MTD or MTDSW shall also conduct emissions tests on one sample engine, and compare the results to the applicable emissions standards.  If the results exceed the emissions standards, MTD or MTDSW shall either 1) reject the engine family and cancel the contract to purchase the handheld engines; or 2) test additional engines in accordance with the Production Line Testing (PLT) procedures set forth in 40 C.F.R. Part 90, Subpart H.  If the results still exceed the emissions standards, MTD and MTDSW shall report test results to EPA in accordance with 40 C.F.R. 90.709, and shall not import or sell any engine family that fails to comply with the criteria for PLT testing set forth in 40 C.F.R. 90.710.

D. For each Test Lot, the following information shall be obtained by MTD, in writing or in electronic form, from the supplier before the first shipment from the Test Lot leaves the export facility:

> 1) the engine family name (number),
> 2) the supplier's model number for the engine family,
> 3) the EPA certificate number for the engine family,
> 4) a photograph of an appropriately representative sample of an engine from the shipment,
> 5) a photograph of an appropriately representative sample of the emissions information label from the engine family in the shipment,
> 6) a list of Critical Emissions Control Components, and
> 7) a certified statement from the Supplier's Compliance Officer confirming that each handheld engine in the Test Lot is certified, properly labeled and meets the applicable emissions standards.

### 4. Import Verification Process

A. Both MTD and MTDSW shall create a "Certification List." The Certification List shall identify all handheld engines imported by MTD and MTDSW, respectively, by engine family and models. The Certification List shall also contain sample emission labels provided by the manufacturer and utilized in the application for the Certificates of Conformity. This Certification List shall be updated weekly to verify that the information is consistent with the information available on EPA's certification database and information obtained from the engine supplier.

B. Both MTD and MTDSW shall create an Import Compliance Evaluation Sheet in a separate file for each Test Lot imported by MTD and MTDSW, respectively.

C. MTD and/or MTDSW shall evaluate all shipping papers from each shipment of handheld engines to verify that the shipment contains handheld engines covered by an EPA Certificate of Conformity and are covered by a properly completed EPA Import Declaration Form 3520-21.

D. MTD or MTDSW shall examine at least three (3) appropriately representative sample handheld engines selected from each Test Lot and verify that EPA has issued a Certificate of Conformity that covers the engine family in the Test Lot, that the correct label is on the engine(s) and is consistent with the EPA approved label, and the label is properly affixed. MTD or MTDSW shall within seventy-two (72) hours inform EPA if this examination reveals any compliance issues, and provide EPA with a proposed plan for addressing any potential compliance issue relating to the engines.

E. MTD or MTDSW shall conduct emission tests on at least two (2) appropriately representative sample handheld engines from the first shipment of each Test Lot and compare results to the applicable emission standards. MTD or MTDSW shall within seventy-two (72) hours provide copies of any test results that exceed the applicable emissions standards to EPA, along with a proposed plan for addressing any potential compliance issue relating to the engines.

F. MTD or MTDSW shall disassemble at least one (1) sample engine from each Test Lot and verify that the components and design parameters of the engines are consistent with the Critical Emission Control Components identified by the engine supplier. MTD or MTDSW shall within seventy-two (72) hours inform EPA of any differences between the components and design parameters of the disassembled engines and the information regarding the Critical Emission Control Components identified by the engine supplier, along with a proposed plan for addressing any potential compliance issue relating to the engines.

### 5. Creation of Nonroad Compliance Hotline

Both MTD and MTDSW shall establish a Nonroad Compliance Hotline that will allow its employees and other interested persons to submit confidential, anonymous information about each company's compliance with the Nonroad Regulations.  Within three (3) business days after receiving any call relating to potential nonroad compliance issues, an incident report detailing each call must be communicated to the NRCG and an investigation must be commenced.

### 6. Staff Training Program

Both MTD and MTDSW shall provide training to all staff involved with carrying out this Plan on at least a quarterly basis.  The training shall include a review of the procedures set forth in this Plan and updates on any relevant compliance issues.  Each member of each company's staff involved in carrying out this Plan shall certify that they have participated in the training, received a copy of the Plan, were informed of the Nonroad Compliance Hotline, and recognize that violations of the Nonroad Regulations can result in the imposition of significant civil penalties.

### 7. Certified Quarterly Reports

Both MTD and MTDSW shall submit quarterly status reports to EPA within thirty (30) days after the close of each calendar year quarter (i.e., by April 30, July 30, October 30, January 30) following the Effective Date of this Consent Decree.  Each Quarterly status report shall include:

A.  The total number of nonroad engines in each Test Lot for each engine family imported under this Plan.

B.  Detailed information regarding the implementation of the Pre-Import Program.

C.  Detailed information regarding the implementation of the Import Verification Process, including a summary of all emissions test reports.

D.  A summary of all incident reports from the Compliance Hotline, including an explanation of actions taken to address each incident.

E.  A summary of all emissions test results.

### 8. Nonroad Compliance Group

MTD's and MTDSW's NRCG shall consist of their respective President, Vice President of Product Engineering, Compliance Manager, Incoming Quality Manager, Project Manager and Accounting/Transportation Manager, or persons with similar designations. Key roles and responsibilities of each member of each NRCG are identified below:

**A.  President MTD and MTDSW Shall:**

   1.    Be responsible for coordinating and conducting the activities of the NRCG;

   2.    Schedule and preside over each meeting and delegate duties and responsibilities as necessary; and

   3.    Be responsible for implementing and administering the Consent Decree.

**B.  Compliance Officer/Vice President Product Engineering Shall:**

   1.    Establish a Nonroad Compliance Hotline that will allow employees to submit compliance information;

   2.    Coordinate the preparation of the Certified Quarterly Reports with the President; and

   3.    Be responsible for implementing the Low Permeation Fuel Line Mitigation Project set forth in Paragraph 3 of Appendix G of the Consent Decree.

**C.  Compliance Manager Shall:**

   1.    Be responsible for compliance with the testing, certification and related record-keeping requirements set forth in the Consent Decree and in the Compliance Plan (Appendix E) of the Consent Decree.

**D.  Incoming Quality Manager Shall:**

   1.    Verify labels and paperwork and document compliance during incoming inspection;

   2.    Provide documentation for the NRCG to review at quarterly meetings;

   3.    Assist with the record creation, record maintenance and record-keeping requirements; and

   4.    Create a "Certification List" and an Import Compliance Evaluation Sheet.

**E.  Project Manager Shall:**

   1.    Be responsible for ensuring that all contracts for the purchase or importation of handheld engines manufactured outside the United States

for sale or distribution into the United States specify that the engines are certified, properly labeled, and meet applicable emissions standards; and

2.     Obtain the identity of the "Supplier's Compliance Officer."

**F.  Accounting/Transportation Manager Shall:**

1.     Verify costs of Low Permeation Mitigation Project requirements; and

2.     Assist with record-keeping.

## Appendix F

## Jenn Feng Industrial Co. Ltd. and McCulloch Corporation Test Plan

## Emissions Testing of Handheld Equipment Engines

Jenn Feng Industrial Co. Ltd. ("Jenn Feng") and McCulloch Corporation ("McCulloch") shall complete emissions tests on each engine family identified in Paragraph12 of the Consent Decree in accordance with this 40 C.F.R. Part 90, subparts D and E within thirty (30) days of the Effective Date of the Consent Decree.

Jenn Feng and McCulloch shall provide Transportation Research Center Inc. ("TRC Inc.") with at least ten (10) appropriately representative engines from each engine family identified in Paragraph 12 of the Consent Decree.  The engine models and specifications for these engine families are tabulated in Table 1, below.

**Table 1.**  Engine Models and Specifications for Test Engine Families.

| Engine Family | Class | Use Life (hr) | Model | Disp (cc) | Rated Pwr. (kW) | Rated Spd (rpm) | Rated Torque (N.m) | Torque Spd (rpm) | Equipment |
|---|---|---|---|---|---|---|---|---|---|
| 5MHXS.0254AA | IV | 50 | BL25 | 25.4 | 0.746 | 9000 | 0.88 | 6000 | Trimmer /Blower |
| 5MHXS.0294AB | IV | 50 | BL30 | 29.5 | 0.82 | 9000 | 1.2 | 6500 | Trimmer /Blower |
| 5MHXS.0424AA | IV | 50 | MS42 | 42.2 | 1.7 | 9500 | 1.88 | 7500 | Chainsaw |
| 5MHXS.0555AA | V | 50 | FS55 | 55 | 2.01 | 8500 | 2.95 | 7000 | Chainsaw |
| 6MHXS.0254AA | IV | 50 | BL25 | 25.4 | 0.746 | 9000 | 0.88 | 6000 | Trimmer /Blower |
| 6MHXS.0304AB | IV | 50 | BL30 | 29.5 | 0.8 | 9000 | 1.2 | 6500 | Trimmer /Blower |
| 6MHXS.0354AA | IV | 50 | CS 35 | 35 | 1.1 | 9000 | 1.2 | 8500 | Chainsaw |
| 6MHXS.0404AA | IV | 125 | MS40 | 40 | 1.5 | 9500 | 1.6 | 7500 | Chainsaw |
| 6MHXS.0424AA | IV | 50 | MS42 | 42.2 | 1.7 | 9000 | 1.88 | 7500 | Chainsaw |
| 6MHXS.0555AA | V | 50 | FS55 | 55 | 2.01 | 8500 | 2.95 | 7000 | Chainsaw |

For each of these engine families, Jenn Feng and McCulloch shall ensure that TRC Inc. shall select three engines for emissions testing in accord with this Test Plan.  Out of the three test engines, Engine #3 shall be selected to carry out the durability testing according to the engine certified durability hours.  If, however, engine # 3 is not capable of completing the durability testing, an appropriately representative engine determined by TRC to be capable of completing the durability testing shall be selected to carry out the durability testing according to the engine certified durability hours.

With regard to engine families 5MHXS.0254AA and 6MHXS.0254AA, two (2) appropriately representative engines from engine family 6MHXS.0254AA and one (1)

1

appropriately representative engine from engine family 5MHXS.0254AA shall be selected for emissions testing from a pool of at least three engines and tested in accord with this Test Plan. The remaining engines shall be kept at the laboratory to replace any engines that do not perform properly during testing.

**TEST MATRIX AND TEST CYCLE**

Table 2, below, shows the text matrix for the testing program.  The "Low Hour" tests for Engine # 1 and Engine #2 shall represent emissions measurements shortly after an engine completes the break-in service accumulation.  A break-in period of 12 hours shall be used.  The "Full Cert" tests for Engine #3 represent a complete certification test that shall consist of a "Low Hour" test, "Half Life" test, and "Full Life" test.  The Half Life shall be determined based on the remaining useful life after accounting for the break-in time of 12 hours.  For example, for an engine with a 50-hour useful life, the half life shall be 31 hours (e.g. 12 hrs + (50 hrs – 12 hrs)/2 = 31 hrs).  The full life shall be the useful life hours (e.g., either 50 hours or 125 hours for these engine families) referenced within Jenn Feng and/or McCulloch's engine family certification.

Pursuant to 40 C.F.R. Part 90, the test cycle for these test engines is 2-mode test cycle specified in 40 C.F.R. 90.410 and described in Table 2 Appendix A Subpart E of 40 C.F.R. Part 90 ("EPA 2-mode cycle"), with Mode 1 representing the engine with full load condition at rated speed, and Mode 2 representing the engine with no load condition and idling speed.  The emissions data for these modes shall be weighted according to the 40 C.F.R. Part 90 weighting factors of 0.85 for Mode 1 and 0.15 for Mode 2.  For all engine families, each test shall consist of only one emissions measurement unless there is cause to develop additional emissions testing information.  No power generated during the idle mode shall be included in the calculation of emission results per 40 C.F.R. 90.410(d).

Break-in or service hour accumulation shall be carried out using the EPA 2-mode cycle and the same weighting factors as described earlier with a 3, 6 and 20 minute cycles for chainsaws, trimmers, and blowers, respectively, repeating over the desired number of break-in or service hours accumulated.  The break-in hour accumulation shall be carried out on aging stands. The break-in cycles for chainsaws, trimmers and blowers were provided by Jenn Feng to represent the real-world duty cycle for these applications.  Using the 12-hours break-in period for the 3-minute cycle as an example, the test engine shall run on full load condition at rated speed for 2.55 minutes or 153 seconds (i.e., 85% of 3 minutes) and then at a no load condition at idling speed for 0.45 minutes or 27 seconds (i.e., 15% of 3 minutes); this 3-minute cycle shall be repeated until it reaches the stated 12-hours of break-in period (i.e., 240 cycles).

**Table 2.**  Test Matrix for the Testing Program.

| Engine Family | Engine #1 | Engine #2 | Engine #3 |
|---|---|---|---|
| MY2005 and MY2006 Engine Family Testing | | | |
| 5MHXS.0254AA | Low Hour | NA | NA |
| 5MHXS.0294AB | Low Hour | Low Hour | Full Cert. |
| 5MHXS.0424AA | Low Hour | Low Hour | Full Cert. |
| 5MHXS.0555AA | Low Hour | Low Hour | Full Cert. |
| 6MHXS.0254AA | NA | Low Hour | Full Cert. |
| 6MHXS.0304AA | Low Hour | Low Hour | Full Cert. |
| 6MHXS.0354AA | Low Hour | Low Hour | Full Cert. |
| 6MHXS.0404AA | Low Hour | Low Hour | Full Cert. |
| 6MHXS.0424AA | Low Hour | Low Hour | Full Cert. |
| 6MHXS.0555AA | Low Hour | Low Hour | Full Cert. |

## GENERAL TEST PROCEDURE

Jenn Feng and McCulloch shall ensure that the testing program is carried out by TRC Inc. in compliance with the emissions testing requirements of 40 C.F.R. Part 90, subparts D and E.  Jenn Feng and McCulloch shall ensure that the following steps are carried out by the laboratory or laboratories that conduct the testing program:

- All emissions testing shall be conducted in accordance with the applicable emissions test procedures in 40 C.F.R. Part 90, subparts D and E.
- Receive and prepare each engine.
- Install each engine in an emissions test cell.
- Make all applicable connections to fuel, air inlet, exhaust and cooling water.
- Prepare test fuel according to the specified fuel/oil ratio with certification test fuel and manufacturer provided or specified lubricating oil.  A sample of the pre-mixed test fuel shall be stored for fuel analysis if needed.
- Conduct a break-in service accumulation of 12 hours of running time prior to emissions test.  The engine shall be serviced during the break-in period per the manufacturer's instructions.
- Verify actual maximum power generated by the engine as per the engine specification prior to beginning the emissions test.
- Perform all necessary calibrations and checks to equipment and instrument, including dynamometer, CVS, analyzers etc., pursuant to 40 C.F.R. Part 90, subparts D and E.
- Verify that the engine has stabilized.  During the break-in period and a 20-minute warm up period, engine horsepower modal (second by second) data shall be recorded to illustrate and confirm engine stability prior to making emissions measurement.  Emissions measurements shall still be made even if the engine is unstabilized.  However, test data shall be reviewed and discussed with the EPA if the data is not considered representative or accurate of engine emissions.

3

- Conduct one (1) low hour EPA 2-mode cycle (C-Cycle using Phase II mode weighting) and measure gaseous emissions of HC, CO, NOx, and $CO_2$ using full-flow dilute (CVS) sampling.
- Process data and determine test results.
- Print test results, and operation and calibration data for review.
- For the Engine #3 test or the engines selected for durability testing, perform half useful life service accumulation as per the specified engine durability life using EPA 2-mode C-cycle.
- After verifying that the engine has stabilized, conduct one half life EPA 2-mode C-cycle and measure gaseous emissions of HC, CO, NOx, and $CO_2$ using full-flow dilute (CVS) sampling.
- Process data and determine test results.
- Print test results and operation and calibration data for review.
- Perform another half useful life service accumulation as per the specified engine durability life using EPA 2-mode C-cycle.
- After verifying that the engine has stabilized, conduct one full life EPA 2-mode C-cycle and measure gaseous emissions of HC, CO, NOx, and $CO_2$ using full-flow dilute (CVS) sampling.
- Process data, determine test results utilizing EPA 2-mode C-cycle Phase II weighting factors, and calculate deterioration factors.
- Print test results, and environment, operation and calibration data for review.
- Prepare summary test results for reporting after passing quality audit and review.
- Discuss summary test results and address comments where applicable.
- Remove engine from test cell and crate for return shipment.

4

## Appendix G

## Mitigation Projects

**1.  LED Streetlights:  $2.75 Million**

Jenn Feng Industrial Co. Ltd. ("Jenn Feng") and McCulloch Corporation ("McCulloch") shall spend no less than $2.75 million in accord with this Appendix G and the Consent Decree to provide at no cost light-emitting diode ("LED") streetlights, sport lights or parking lot lights to selected cities in the United States.  These LED lights shall be used to replace traditional sodium lights and will reduce VOC and other criteria pollutants, greenhouse gas emissions, and energy consumption.

Within ninety (90) days of the Effective Date of the Consent Decree, Jenn Feng and McCulloch shall submit a list of between three (3) and eight (8) proposed cities to EPA for review and approval, along with a letter from each city expressing a commitment to participate in the project and an explanation of the rationale for selecting these cities.  Jenn Feng and McCulloch shall consider the following factors in selecting proposed cities:

- cities that can leverage the use of funds from other sources.
- cities in those areas that are most severely affected by ozone.
- cities in states or regions of the country where substantial numbers of the Subject Chainsaws (as defined in Paragraph 3 of the Consent Decree) were sold.
- cities that are interested in the project and able to work within the deadlines set forth in the Consent Decree.

Within one hundred eighty (180) days of the Effective Date of the Consent Decree, Jenn Feng and McCulloch shall submit a separate project plan for each proposed city to EPA for review and approval.  Each project plan shall be prepared by a lighting engineer and shall, at a minimum, include a lighting plan consistent with the city's requirements, a location map, a budget for the project and an implementation schedule.  Upon approval by EPA, Jenn Feng and McCulloch shall implement these projects in compliance with the terms and schedule in the approved plans, this Appendix G and the Consent Decree.

Jenn Feng and McCulloch shall install LED lights in three (3) to five (5) cities, as approved by EPA, in accord with the Consent Decree and this Appendix G, by no later than June 1, 2010.

**2.  Purchase and Surrender of NOx Allowances:  $1.25 Million**

Jenn Feng and McCulloch shall spend no less than $1.25 million to purchase and then surrender to EPA Ozone Season NOx Allowances ("NOx Allowances"), or transfer such NOx Allowances to a non-profit third party selected by Jenn Feng and McCulloch for surrender in accord with this Appendix G and the Consent Decree.  For purposes of this Consent Decree, the "surrender of allowances" means permanently surrendering NOx Allowances so that such allowances can never be used to meet any compliance requirement of any person under the Clean

1

Air Act or any other environmental law.  Jenn Feng and McCulloch shall purchase the NOx Allowances at the prevailing market price.

If any NOx Allowances are transferred directly to a non-profit third party, Jenn Feng and McCulloch shall include a description of such transfer in the next report submitted to Plaintiffs pursuant to Section V (Reporting) of this Consent Decree.  Such report shall:  (a) provide the identity of the non-profit third-party recipient(s) of the NOx Allowances and a listing of the serial numbers of the transferred NOx Allowances; and (b) include a certification by the third-party recipient(s) stating that the recipient(s) shall not sell, trade, or otherwise exchange any of the NOx Allowances and shall not use any of the Allowances to meet any obligation imposed by any environmental law.

No later than the third periodic report due pursuant to Section V (Reporting) of this Consent Decree after the transfer of any NOx Allowances, Jenn Feng and McCulloch shall include a statement that the third-party recipient(s) tendered the NOx Allowances for permanent surrender to EPA.

Jenn Feng and McCulloch shall not have complied with the NOx Allowance surrender requirements of this Appendix G and the Consent Decree unless and until all third-party recipient(s) have actually surrendered the transferred NOx Allowances to EPA.

For all NOx Allowances surrendered to EPA, Jenn Feng and McCulloch or the non-profit third-party recipient(s) (as the case may be) shall first submit a NOx Allowance transfer request form to EPA directing the transfer of such NOx Allowances to the EPA's Enforcement Surrender Account or to any other account that EPA may direct in writing.  As part of submitting these transfer requests, Jenn Feng and McCulloch or the third-party recipient(s) shall irrevocably authorize the transfer of these NOx Allowances and identify – by name of account and any applicable serial or other identification numbers or station names – the source and location of the NOx Allowances being surrendered.

Jenn Feng and McCulloch shall purchase and then surrender the NOx Allowances, or transfer such NOx Allowances to a non-profit third party on or before December 31, 2008.

**3.  1 Million Low-Permeable Fuel Lines:**

MTD Products Inc and MTD Southwest Inc (collectively "MTD") shall install low-permeable fuel lines that shall prevent or reduce VOC permeation emissions in no less than one (1) million small, spark-ignited engines used for handheld lawn and garden applications in accord with this Appendix G and the Consent Decree.  Permeation emissions occur due to the permeation of the fuel through the lines, which are ordinarily manufactured from plastic and polycarbonate materials.  Once the fuel permeates through the fuel lines, it will rapidly evaporate and contribute to evaporative VOC emissions, which are a precursor for ozone formation.  The low-permeable fuel lines are modeled and similar to those used in automotive applications and are generally constructed from multi-layered plastic tubing made of fluoropolymers.  The low-permeable fuel lines shall meet a permeation standard of 15 g/m$_2$/day at 23°C using E10 test fuel.

2

MTD anticipates that this will reduce VOC emissions from permeation by approximately 90-100%.

Within sixty (60) days of the Effective Date of the Consent Decree, MTD shall submit a project plan to EPA for review and approval that identifies engine families, models and projected production volumes for each engine family that shall be equipped with the low-permeable fuel lines.  The low-permeable fuel lines must be installed in 2008 and 2009 MY engines families. MTD shall not request or claim emission credits from EPA or the California Air Resources Board ("CARB") for engines subject to this Consent Decree.

In the event that Jenn Feng and/or McCulloch fail to spend the amounts required pursuant to Paragraph 1 or 2 of this Appendix G, MTD shall, as soon as practicable, but in no event later than the end of Model Year 2011, spend the difference between the amounts required and the amounts actually spent by Jenn Feng and/or McCulloch to equip additional small, spark-ignited engines with low-permeable fuel lines in accord with this Appendix G and the Consent Decree. Within thirty (30) days after MTD receives notice that Jenn Feng and/or McCulloch have failed to spend the amounts required pursuant to Paragraph 1 or 2 of this Appendix G, MTD shall submit a proposed plan, schedule and justification for the schedule to EPA to equip the additional small, spark-ignited engines with low permeable fuel lines.

### 4.  Calculation of Additional Project Dollars

If the average test results for any engine family tested in accordance with Paragraph 12 and Appendix F of the Consent Decree exceed the applicable emissions standards, the Defendants shall use the formula set forth below to calculate the Additional Project Dollars to be spent on the projects set forth in this Appendix.  The Defendants shall spend the Additional Project Dollars on each of the projects on a pro rata basis.

Additional Project Dollars = Excess Emissions x $ 2,000.

Where

$$\text{Excess Emissions (tons)} = \frac{(([E_{test} * DF] - [Std])\ g/bhp\text{-}hr\ \ x\ \ LF\ x\ P\ bhp\ x\ UL\ hours\ x\ N)}{908,000\ g/ton}$$

Where

$E_{test}$ is the mean of all "zero-hour" tests performed on an engine model or engine family in g/bhp-hr

DF is the deterioration factor submitted with the cert application

Std  is the emission standard in g/bhp-hr

LF is the Load Factor from the EPA's NONROAD model

P is the maximum engine power ("rated power") in bhp, from the cert application

UL is the useful life in hours chosen for the engine, from the cert application (question 10 on the cert application)

N is the number of engines in that model or engine family that were introduced into commerce