IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> McCULLOCH CORPORATION, ) <br> JENN FENG INDUSTRIAL CO., LTD., ) <br> MTD SOUTHWEST INC, ) <br> and MTD PRODUCTS INC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:08-cv-0699-RCL |

### CERTIFICATE OF SERVICE FOR
### WAIVER OF SERVICE OF SUMMONS

I hereby certify that on the ____ day of June 2008, a true and correct copy of the Waiver of Service of Summons for MTD Southwest Inc and MTD Products Inc, in *United States v. McCulloch Corporation, et al.*, was served on the following counsel by first class mail properly addressed:

Counsel for MTD Products Inc and MTD Southwest Inc:

RICHARD T. COYNE, ESQ.
HEATHER ROSS, ESQ.
Wegman, Hessler & Vanderburg

6055 Rockside Woods Blvd., #200
Cleveland, Ohio  44131

Counsel for McCulloch Corporation and Jenn Feng Industrial Co., Ltd:

FRANCIS X. LYONS, ESQ.
THOR W. KETZBACK, ESQ.
Bell, Boyd & Lloyd LLP
70 West Madison Street
Suite 3300
Chicago, Illinois  60602

        Respectfully Submitted,

        RONALD J. TENPAS
        Assistant Attorney General
        Environment and Natural Resources
         Division

        */s/ Catherine Banerjee Rojko*
        CATHERINE BANERJEE ROJKO
        Senior Attorney
        Environmental Enforcement Section
        Environment and Natural Resources
         Division
        United States Department of Justice
        Post Office Box 7611
        Washington, D.C.  20044
        202.514.5315
        202.514.0097 (fax)
        District of Columbia Bar No. 415927

OF COUNSEL:

Jeffrey Kodish
Attorney-Advisor
Office of Enforcement and Compliance Assurance
Mobile Sources Enforcement Branch
Western Field Office (8MSU)
U.S. Environmental Protection Agency
1595 Wynkoop Street
Denver, CO  80202

AO 399 (03/08) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 1:08-cv-00699 |
| McCULLOCH CORPORATION et al. | ) |
| Defendant | ) |

**Waiver of the Service of Summons**

To: Catherine Banerjee Rojko
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___05/15/2008___, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent; Counsel for MTD Products Inc. and MTD Southwest Inc.

Date ___5/15/08___

_____
Signature of the attorney or unrepresented party

Richard T. Coyne, Esq.
Printed name

Wegman, Hessler & Vanderburg
6055 Rockside Woods Blvd., #200
Cleveland, Ohio 44131
Address

rtcoyne@wegmanlaw.com
E-mail address

(216) 642-3342
Telephone number

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.